# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS52 | E 1101535 | Sgt. Walker | 1776 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 2-28-2024 0745 | 38 CFR 1.218(b)(28) |

**Place of Offense:** 4100 W. 3rd Street Dayton OH Building 330/C1 parking

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Parking within an intersection or blocking a posted vehicle entrance or posted exit lane

### DEFENDANT INFORMATION

**Last Name:** Gibbs  **First:** Johnny  **M.I.:** R

**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 9497FJ | OH | 04 | Buick 4S | | Maroon |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 25 Forfeiture Amount
+ $30 Processing Fee
$ 55 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: **Refused to Sign**

Original - CVB Copy

Veteran

*E1101535*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on **February 28, 2024** while exercising my duties as a law enforcement officer in the **Southern** District of **OH**

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02/28/2024**  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident